UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY JO McCABE,<br><br>                           Plaintiff,<br><br>          -against-<br><br>MAYNARD JAMES KEENAN; SOCIAL SECURITY DISABILTY DEPT.; JOHN J. McCABE FAMILY,<br><br>                         Defendants. | 23-CV-9396 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the January 2, 2024, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 6, 2024
             New York, New York

                                                       /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                Chief United States District Judge